**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00118-AP

LARRY LEE MONTOYA,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.   APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Frederick W. Newall
Attorney for Plaintiff
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office

NADIA N. SULLIVAN
Special Assistant U. S. Attorney
nadia.sullivan@ssa.gov
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-1949

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** January 18, 2011.
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** February 23, 2011.
    C.    **Date Answer and Administrative Record Were Filed:** April 25, 2011.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete and accurate. However, Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.
**Defendant states:** To the best of his knowledge, the record is complete. Defendant reserves the right to respond in the event that Plaintiff seeks to supplement the record at a later date.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:**    None anticipated.
    **Defendant states:**   None anticipated.

**6.    STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    BRIEFING SCHEDULE**

    A.    **Plaintiffs Opening Brief Due:** June 20, 2011.
    B.    **Defendant's Response Brief Due:** July 20, 2011.
    C.    **Plaintiffs Reply Brief (If Any) Due:** August 4, 2011.

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiffs Statement:** Plaintiff does not request oral argument.

   **B.** **Defendant's Statement:**  Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

   THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 6th day of May, 2011.

                                             BY THE COURT:


                                             *s/John L. Kane*
                                             U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>Frederick W. Newall<br>Attorney for Plaintiff<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>fnewall@qwestoffice.net | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br><br>By: s/Nadia N. Sullivan<br>    NADIA N. SULLIVAN<br>    Special Assistant U. S. Attorney<br>    Office of the General Counsel<br>    Social Security Administration<br>    1001 Seventeenth Street<br>    Denver, CO 80202<br>    Telephone: (303) 844-1949<br>    Nadia.sullivan@ssa.gov<br>    Attorneys for Defendant. |